FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 OCT 19 AM 11:03
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CAREY GRAHAM, )
)
    Appellant, )
)
v. ) CASE NO. CV409-128
)
KURT GRAHAM and GRAHAM )
FORESTRY, INC., )
)
    Appellees. )
)

## O R D E R

Before the Court is Appellee Kurt Graham's Motion for Rehearing/Reconsideration. (Doc. 17.) Therein, Appellee asks this Court to reinstate the Bankruptcy Judge's award of damages for lost profits. However, Appellee Kurt Graham's reliance on Bass v. Carpenter, 152 Ga. App. 298 (1979), is misplaced. The Court's order cited at least two cases that are more recent by several decades and accurately reflect the greater body of Georgia law on the matter. After careful consideration, the Court sees no merit in Appellee's contentions and finds no reason to disturb its prior order. Accordingly, the motion is **DENIED**.

SO ORDERED this 18th day of October 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA